IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR414-332 |
| | ) |
| EMORY WHITE, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is Defendant's Motion Authorizing Petitioner to be Placed in the Drug Treatment Program. (Doc. 40.) After careful consideration of Defendant's motion and the record in this case, Defendant's request is **DENIED**.

SO ORDERED this 8th day of September 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA